**Form A**

**Plaintiff or Filing Attorney Information:**

Name Michael Manning

NJ Attorney ID Number ______

Address ______

______

Email Address jay.green.31991@gmail.com

Telephone Number (848) 343-5483 ext.

Superior Court of New Jersey
______ Division Middlesex County
civil Part
Docket No: ______
(to be filled in by the court)

Michael Manning,
Plaintiff,

v.

Mayor Daniel J. Reiman,
Defendant(s).

Civil Action

**Complaint**

Plaintiff, Michael Manning, residing at: ______, City of Carteret, County of Middlesex, State of New Jersey, complaining of defendant, states as follows:

1. On March - May, 2026, Mayor Daniel J. Reiman, Defendant:
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
Dismissed and ignored the fact that I've Michael Manning have been charged and falsely accused of a crime. While the mayor's duty is to administer the city, he failed to seek due process for me, a citizen when I needed him the most. While I haven't received correspondence, I'm sure that the police that wrongfully accused me hasn't been charged and is still a police officer with my advances being ignored. This is a formal complaint asking that this mayor be impeached, if not I'll attempt to further the penalty.

The defendant in this action resides at:
______, in the county of Middlesex, State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)
    1. Defamation, Unlawful Arrest

**Form A**

2. ______________________________________________

3. ______________________________________________

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

06/27/2026
Dated

Signature M .Manning

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated

Signature

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

**JURY DEMAND**

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated

Signature